# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Charles E. Moses, Jr.

              **V.**                        **JUDGMENT IN A CIVIL CASE**

Lindsey Krause

                                      **CASE NUMBER:**    11cv169-MMA(PCL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's First Amended Complaint is dismissed without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 USC 1915(e)(2)(b) and 1915A(b). The Court finds further amendment to be futile.

| March 18, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON March 18, 2011 |